UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL ALAN WILLIS,

        Plaintiff,                Case No. 1:16-cv-381

v.                                  Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
CORRECTIONS,

        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  July 25, 2016                  /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                       United States District Judge